| United States District Court | DISTRICT OF MINNESOTA |
|---|---|
| United States of America | Court File Number |
| Plaintiff, | 0:22-cv-01512-NEB-TNL |
| v. | |
| Thomas J. Pashina, et al. | |
| Defendant, | Affidavit of Service |

State of Minnesota )
County of Hennepin )

I, David C. Hansen, state that on Friday, June 10, 2022 at 10:05 AM I served the Civil Cover Sheet; Summons; and Amended Complaint upon PHH Mortgage Corporation, therein named, personally at 2345 Rice Street, Suite 230, Roseville, MN 55113, by handing to and leaving with Chris Olund, Agent for Corporation Service Company, authorized to accept service, the Registered Agent for PHH Mortgage Corporation, a true and correct copy thereof.

I declare under penalty of perjury that this information is true.

Dated: 6/10/2022  _____
David C. Hansen, Process Server

*2542558 - 3*



METRO LEGAL
legal support specialists since 1969

616 South 3rd Street
Minneapolis, MN 55415-1104
(800) 488-8994
www.metrolegal.com

RE: 2019101535

-1-