UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

United States of America

            Plaintiff;                        Case No.: 0:22-cv-01512-NEB-TNL

vs.

Thomas J. Pashina, Jane R. Pashina;      **NOTICE OF WITHDRAWAL AND**
Midland Funding, LLC; and PHH           **SUBSTITUTION OF COUNSEL**
Mortgage Corporation,

            Defendants.

---

      PLEASE TAKE NOTICE in accordance with United States District Court District of Minnesota Local Rule 83.7(b), William S. Fulton Jr. of Houser LLP hereby withdrawals as counsel to Defendant PHH Mortgage Corporation. Furthermore, Benjamin T. O'Laughlin of Houser LLP will now substitute and hereby appears as Attorney for PHH Mortgage Corporation.  Please ensure that all future notices and papers be served to Mr. O'Laughlin's attention at the below listed Substituting Attorney's Information. This withdrawal and substitution will not delay the trial or progression of the above captioned litigation.  As is required by the rule, the names, addresses and signatures of the withdrawing attorney and substituted counsel are as follows:

**WITHDRAWING ATTORNEY'S INFORMATION**
William S. Fulton, Jr.
Houser LLP
350 Highway 7
Suite 216
Excelsior, MN 55331
wfulton@houser-law.com
612-444-1774

**SUBSTITUTING ATTORNEY'S INFORMATION**
Benjamin T. O'Laughlin
Houser LLP

1

350 Highway 7  
Suite 216  
Excelsior, MN 55331  
bolaughlin@houser-law.com  
612-444-1774

Dated: February 13, 2023

**HOUSER LLP**

<u>/s/ William S. Fulton Jr.</u>
William S. Fulton Jr. (#032842X)
HOUSER LLP
350 Highway 7
Suite 216
Excelsior, MN 55331
Telephone: (612) 444-1774
Fax: (612) 444-1773
Email: (wfulton@houser-law.com)

Dated: February 13, 2023

**HOUSER LLP**

<u>/s/ Benjamin T. O'Laughlin</u>
Benjamin T. O'Laughlin (#0401036)
HOUSER LLP
250 Highway 7
Suite 216
Excelsior, MN 55331
Telephone: (612) 444-1774
Fax: (612) 444-1773
Email: bolaughlin@houser-law.com
***Attorney for Defendant PHH Mortgage Corporation***